

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Araceli Zapata d/b/a El Super, Veljaco Corp., Inc, d/b/a EL Meat Market & Taqueria and Carmen Gloria Veljanovich v. Clear Creek Independent School District, et al.

Appellate case number:     01-16-00436-CV

Trial court case number:   2013-04925

Trial court:                      165th District Court of Harris County

On August 11, 2016, the Clerk of this Court notified appellants that, because the reporter had not yet received a request or payment for the reporter's record, if appellants failed to provide evidence of payment or arrangements to pay for the reporter's record by September 12, 2016, this Court may set the briefing schedule and proceed without the reporter's record. *See* TEX. R. APP. P. 37.3(c). On August 16, 2016, this Court dismissed as moot the appellees' motion to dismiss this appeal because, among other things, the correct reporter, Jenine Redden, had just recently been identified. Appellants have failed to respond timely to the notice from the Clerk of this Court and no reporter's record has been filed in this Court.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellants' brief is ordered to be filed no later than **30 days from the date of this order.** *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                              ☒ Acting individually

Date:  October 20, 2016